*MHN*

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorne
standing of this Court's general bar or be granted leave
by Local Rules 83.12 through 83.14.

08CV1147
JUDGE BUCKLO
MAG. JUDGE KEYS

In the Matter of

7865 Industrial Drive, LLC v. Village of Forest Park

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS

**FILED**

J_N    2 - 25 - 2008

FEB 2 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Stanley C. Sneeringer | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *Stan Sneeringer* | |
| FIRM<br>Pedersen & Houpt | |
| STREET ADDRESS<br>161 North Clark Street, Suite 3100 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6256693 | TELEPHONE NUMBER<br>312-641-6888 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐