## United States District Court for the Northern District of Illinois

Case Number: 08cv1147  Assigned/Issued By: j. n.

Judge Name: BUCKLO  Designated Magistrate Judge: KEYS

### FEE INFORMATION

*Amount Due:*  [✓] $350.00  [ ] $39.00  [ ] $5.00
[ ] IFP  [ ] No Fee  [ ] Other _____
[ ] $455.00

Number of Service Copies _____  Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350  Receipt #: 1116820

Date Payment Rec'd: 2-25-08  Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons  [ ] Alias Summons
[ ] Third Party Summons  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons  [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons
_____
(Victim, Against and $ Amount)
[ ] Citation to Discover Assets
[ ] Writ _____
(Type of Writ)

1 Original and 1 copies on 2-25-08 as to ANTHONY CALDERONE
(Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05