**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE VILLAGE OF FOREST PARK, an Illinois municipality, and ANTHONY CALDERONE, an Illinois citizen, in his official capacity as Mayor of the Village of Forest Park. )<br>)<br>)<br>)<br>)<br>) | Case No. 08-1147<br><br>Honorable Judge E. Bucklo |

**NOTICE OF FILING**

**TO:**  See Service List

PLEASE TAKE NOTICE that on **March 18, 2008,** we will cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 Dearborn St., Chicago, IL, **AMENDED COMPLAINT**, a copy of which is attached hereto.

        Respectfully submitted,
        7865 INDUSTRIAL DRIVE, LLC



    By:_____s/Stan Sneeringer_____
           One of its Attorneys

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242
(312) 641-6888

## **CERTIFICATE OF SERVICE**

    I, Stan C. Sneeringer, an attorney, state that I caused a copy of the foregoing **AMENDED COMPLAINT** to be served upon the following:

Lisa Madigan
Illinois Attorney General's Office
100 West Randolph St., 12th floor
Chicago, IL 60601

*Via Certified Mail, Return Receipt Requested on March 18, 2008.*

Village of Forest Park
517 Desplaines Ave.
Forest Park, IL 60130

*Via Special Process Server commissioned on March 18, 2008.*

                                             s/Stan Sneeringer