**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE VILLAGE OF FOREST PARK, an Illinois municipality, and ANTHONY CALDERONE, an Illinois citizen, in his official capacity as Mayor of the Village of Forest Park. )<br>)<br>)<br>) | Case No. 08-1147<br><br>Honorable Judge E. Bucklo |

## NOTICE OF CONSTITUTIONAL QUESTION

Plaintiff, 7865 INDUSTRIAL DRIVE, LLC, pursuant to Federal Rule of Civil Procedure 5.1(a), gives notice as follows:

1. On March 18, 2008, Plaintiff filed its Amended Complaint in the above-captioned action.

2. This Amended Complaint draws into question the constitutionality of Section 11-5-1.5 of the Illinois Municipal Code, 65 ILCS 5/11-5-1.5.

3. Specifically, the Amended Complaint questions whether the Municipal Code's location restriction on adult use businesses violates Plaintiff's rights under the First Amendment of the United States Constitution.

474978.1

                                                Respectfully submitted,

                                                7865 INDUSTRIAL DRIVE, LLC

                                   By:       s/Stan Sneeringer
                                                   One of its Attorneys

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242
(312) 641-6888