# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company,  ) ) ) | |
| Plaintiff, ) ) | Case No. 08-1147 |
| v. ) ) | Honorable Judge E. Bucklo |
| THE VILLAGE OF FOREST PARK, an Illinois municipality, and ANTHONY CALDERONE, an Illinois citizen, in his official capacity as Mayor of the Village of Forest Park. ) ) ) ) | |

## NOTICE OF FILING

**TO:**   See Service List

   PLEASE TAKE NOTICE that on **March 18, 2008,** we will cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 Dearborn St., Chicago, IL, **NOTICE OF CONSTITUTIONAL QUESTION**, a copy of which is attached hereto.

                    Respectfully submitted,
                    7865 INDUSTRIAL DRIVE, LLC


                    By:      s/Stan Sneeringer
                         One of its Attorneys


Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242
(312) 641-6888

## CERTIFICATE OF SERVICE

      I, Stan C. Sneeringer, an attorney, state that I caused a copy of the foregoing **NOTICE OF CONSTITUTIONAL QUESTION** to be served upon the following:

Lisa Madigan
Illinois Attorney General's Office
100 West Randolph St., 12th floor
Chicago, IL 60601

*Via Certified Mail, Return Receipt Requested on March 18, 2008.*

Village of Forest Park
517 Desplaines Ave.
Forest Park, IL 60130

*Via Special Process Server commissioned on March 18, 2008.*

                              s/Stan Sneeringer