IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case  08-1147

7865 INDUSTRIAL DRIVE, LLC, an
Illinois limited liability company,

v.

THE VILLAGE OF FOREST PARK, an Illinois
municipality, and ANTHONY CALDERONE, an
Illinois citizen, in his official capacity as Mayor
of the Village of Forest Park.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**THE VILLAGE OF FOREST PARK AND ANTHONY CALDERONE.**

| |
|---|
| SIGNATURE<br>s/Elisha S. Rosenblum |
| FIRM<br>O'Halloran Kosoff Geitner & Cook, LLC |
| STREET ADDRESS<br>650 Dundee Road, Suite 475 |
| CITY/STATE/ZIP<br>Northbrook, IL 60062 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6225957 | TELEPHONE NUMBER<br>(847) 291-0200 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES X     NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐     NO X ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES X     NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||

IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-1147 |
| v. | ) ) | Honorable Judge E. Bucklo |
| THE VILLAGE OF FOREST PARK, an Illinois municipality, and ANTHONY CALDERONE, an Illinois citizen, in his official capacity as Mayor of the Village of Forest Park. | ) ) ) ) ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2008, I electronically filed defendants' Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSON & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242

        THE VILLAGE OF FOREST PARK and
        ANTHONY CALDERONE, Defendants

By:    s/Elisha S. Rosenblum
        Elisha S. Rosenblum, #6225957
        O'Halloran Kosoff Geitner & Cook, LLC
        650 Dundee Road, Suite 475
        Northbrook, IL 60062
        Telephone: (847) 291-0200
        Facsimile: (847) 291-9230
        E-mail: esrosenblum@okgc.com