**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
<u>EASTERN DIVISION</u>**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-cv-1147 |
| | ) | |
| VILLAGE OF FOREST PARK and ANTHINY CALDERONE, | ) ) | Honorable Judge Elaine Bucklo |
| | ) | |
| Defendants. | ) | |

**<u>NOTICE OF MOTION</u>**

To:   Stan C. Sneeringer
      Pedersen & Houpt
      161 North Clark, Suite 3100
      Chicago, Illinois 60601

YOU ARE HEREBY NOTIFIED that on the **1st day of April, 2008 at 9:30 a.m.**, we shall appear before the Honorable Elaine Bucklo in courtroom 1441 usually occupied by her at the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois and shall present the Defendants' Motion for Enlargement of time to Answer or Otherwise Plead at which time and place you may appear if you wish to do so.

                              VILLAGE OF FOREST PARK and
                              ANTHONY CALDERONE

                        By:   s/Elisha S. Rosenblum
                              Elisha S. Rosenblum    #6225957
                              O'Halloran Kosoff Geitner & Cook, LLC
                              650 Dundee Road, Suite 475
                              Northbrook, IL 60062
                              Telephone:  (847) 291-0200
                              Facsimile:  (847) 291-9230
                              E-mail:  esrosenblum@okgc.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-cv-1147 |
| | ) | |
| VILLAGE OF FOREST PARK and ANTHINY CALDERONE, | ) ) | Honorable Judge Elaine Bucklo |
| | ) | |
| Defendants. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that on March 28, 2008, I electronically filed this Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Stan C. Sneeringer
    Pedersen & Houpt
    161 N. Clark, Suite 3100
    Chicago, Illinois 60601
    ssneeringer@pedersenhoupt.com

                                              VILLAGE OF FOREST PARK and
                                              ANTHONY CALDERONE

                                  By:    s/Elisha S. Rosenblum
                                            Elisha S. Rosenblum   #6225957
                                            O'Halloran Kosoff Geitner & Cook, LLC
                                            650 Dundee Road, Suite 475
                                            Northbrook, IL 60062
                                            Telephone:   (847) 291-0200
                                            Facsimile:    (847) 291-9230
                                            E-mail:  esrosenblum@okgc.com