# EXHIBIT A

LAW OFFICES

# STORINO, RAMELLO & DURKIN

9501 WEST DEVON AVENUE
ROSEMONT, ILLINOIS 60018

| | | |
|---|---|---|
| DONALD J. STORINO<br>MICHAEL K. DURKIN<br>RICHARD J. RAMELLO<br>NICHOLAS S. PEPPERS<br>THOMAS M. BASTIAN<br>DONALD M. ROSE<br>ANGELO F. DEL MARTO<br>MARY K. CONNOLLY<br>JAMES E. MACHOLL<br>BRIAN W. BAUGH<br>ANTHONY J. CASALE<br>KEVIN W. LAMBORN<br>PETER A. PACIONE | (847) 318-9500<br><br>FACSIMILE (847) 318-9509<br><br>December 5, 2007 | MATTHEW G. HOLMES<br>MONICA J. KIEHL<br>CAROLYN M. SARNECKI<br>KATHLEEN M. REIFSNYDER<br><br>JOSEPH G. KUSPER<br>MARK R. STEPHENS<br>BRYAN J. BERRY<br>LEONARD P. DIORIO<br>RICHARD F. PELLEGRINO<br>DONALD J. STORINO II<br>RICHARD J. BILLIK<br>ALFRED E. GALLO<br><br>OF COUNSEL<br><br>IN REPLY REFER TO FILE NO. |

Mr. Lawrence W. Byrne
Pedersen & Houpt
161 North Clark Street
Suite 3100
Chicago, Illinois 60601

    Re:    Application for Liquor and Adult Entertainment License
              Village of Forest Park

Dear Mr. Byrne:

    The undersigned is the corporate counsel for the Village of Forest Park. Your correspondence of November 7, 2007, which you addressed to Mayor Calderone, and enclosed Business License Application has been forwarded to me for response. As I am sure you are aware, the Illinois Municipal Code contains restrictions upon the location of "adult entertainment facilities," as that term is defined in Section 11-5-1.5 (625 ILCS 5/11-5-1.5). Those restrictions include a prohibition to locate or operate a new adult entertainment facility within one mile of the property boundaries of any school, daycare center, cemetery, public park, forest preserve, public housing or place of religious worship located in the area of Cook County outside of the City of Chicago. A "night club/gentlemen's club serving alcohol and having topless dancers" constitutes a striptease club and, therefore, an adult entertainment facility subject to the location restriction. Such restriction pertains to the Village of Forest Park and precludes your client from locating or operating a new adult entertainment facility at the proposed location at 7865-7975 Industrial Drive, Forest Park, Illinois. That location is within one mile of the property boundaries of, at a minimum, cemeteries and the forest preserve.

    In addition, the Business License Application is defective or incomplete, in that your clients propose to create a corporate entity, but failed to list the date of incorporation or the name and address of the registered agent. For that reason, I have advised my client that it may not continue to process the application for an adult entertainment license filed by your clients.

104528.1

**STORINO, RAMELLO & DURKIN**

Mr. Lawrence W. Byrne
December 5, 2007
Page 2

      Also, on November 26, 2007, the Council of the Village of Forest Park adopted an ordinance which amended the Zoning Ordinance of the Village of Forest Park, concerning the location of sexually oriented businesses, by creating a Sexually Oriented Business Overlay District. The area established for the Sexually Oriented Business Overlay District excludes the location proposed by your clients at 7865-7975 Industrial Drive in the Village of Forest Park. If your clients choose to resubmit a fully completed application for a business license for this same activity, these new restrictions will be applicable, as well as the state law referenced in the first paragraph hereinabove.

      With regard to your clients' application for a liquor license, the Village of Forest Park currently restricts the number of Class A liquor licenses, and there are no such licenses available. I have asked my client if it is desirous of increasing the number of such Class A licenses. Such matter will be taken up at the next Council meeting, currently scheduled for December 17, 2007.

      In addition to the unavailability of a Class A liquor license, it should be noted that the "application" for a Class A liquor license which you provided to the Village is deficient in several aspects. Your correspondence identified that your clients are intending to apply for a corporate license, under the name "7865 Industrial Drive, LLC." Therefore, the license would need to be issued to the corporate entity, and the application treated as if made by a corporation. However, the "application" fails to set forth the date of incorporation and the objectives for which the corporation was founded, as required by paragraphs 1, 3 and 4 of Section 3-3-3A of the Village Code. In addition, the application is required to list the names and addresses of the corporate officers and directors. You have not identified on the liquor license "application" whether Messrs. DeGori or Wessels are to serve as directors or officers, and if officers, which person shall hold which office(s). If a Class A liquor license becomes available in the future, an application for such license will not be processed until it is fully completed.

      Based upon the unavailability of such a license at this time, your application for a Class A liquor license will be denied. If the Village Council decides to increase the number of Class A liquor licenses on December 17, 2007, or at any time thereafter, your client may resubmit an application for a liquor license. Please be advised that the application for an adult entertainment license would continue to be subject to the regulations identified hereinabove, and that such

104528.1

**STORINO, RAMELLO & DURKIN**

Mr. Lawrence W. Byrne
December 5, 2007
Page 3

entertainment would not be permitted, as conditions currently exist. I will instruct the Village to return your clients' application fees forthwith.

          Respectfully,

          STORINO, RAMELLO & DURKIN

          Michael K. Durkin

MKD/jas
cc:  Mayor Anthony T. Calderone, Village of Forest Park

104528.1