**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2008 CV 1147 |
| | ) | Judge Bucklo |
| VILLAGE OF FOREST PARK and | ) | |
| ANTHONY CALDERONE, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   Stan C. Sneeringer
       Pedersen & Houpt
       161 North Clark, Suite 3100
       Chicago, Illinois 60601

PLEASE TAKE NOTICE that on the **8th day** of **May, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Elaine E. Bucklo, or any judge sitting in her stead in the courtroom usually occupied by her, Courtroom 1441 of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present *Defendants' Motion to Dismiss,* at which time and place you may appear should you so wish.

                                                            **VILLAGE OF FOREST PARK and
                                                            ANTHONY CALDERONE**

                                             By:   s/Elisha S. Rosenblum
                                                      Elisha S. Rosenblum      #6225957
                                                      O'Halloran Kosoff Geitner & Cook, LLC
                                                      650 Dundee Road, Suite 475
                                                      Northbrook, IL 60062
                                                      Telephone:   (847) 291-0200
                                                      Facsimile:    (847) 291-9230
                                                      E-mail:   esrosenblum@okgc.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-cv-1147 |
| | ) | |
| VILLAGE OF FOREST PARK and ANTHINY CALDERONE, | ) ) | Honorable Judge Elaine Bucklo |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed this ***Notice of Motion*** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

Stan C. Sneeringer
Pedersen & Houpt
161 N. Clark, Suite 3100
Chicago, Illinois 60601
ssneeringer@pedersenhoupt.com

**VILLAGE OF FOREST PARK and
ANTHONY CALDERONE**

By:   s/Elisha S. Rosenblum
Elisha S. Rosenblum   #6225957
O'Halloran Kosoff Geitner & Cook, LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062
Telephone:   (847) 291-0200
Facsimile:   (847) 291-9230
E-mail:  esrosenblum@okgc.com