## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

| | |
|---|---|
| 7865 Industrial Drive, LLC | |
| Plaintiff, | |
| v. | Case No.: 1:08−cv−01147 |
| | Honorable Elaine E. Bucklo |
| Village of Forest Park, et al. | |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

MINUTE entry before Judge Honorable Elaine E. Bucklo:Defendants' motion to dismiss [18] heard on 5/8/08 and the motion is entered and continued to 5/16/08 at 10:00 a.m.Status hearing held. Plaintiff's claims against the Mayor of the Village of Forest Park in his official capacity are withdrawn.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.