## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2008 CV 1147 |
| | ) | Judge Bucklo |
| VILLAGE OF FOREST PARK and | ) | |
| ANTHONY CALDERONE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:   Stan C. Sneeringer
      Pedersen & Houpt
      161 North Clark, Suite 3100
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on the **27th day** of **May, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before The Honorable Elaine E. Bucklo, or any judge sitting in her stead in the courtroom usually occupied by her, Courtroom 1441 of the U.S. District Court, 219 S. Dearborn Street, Chicago, Illinois and shall then and there present ***Defendants' Motion for Reconsideration,*** at which time and place you may appear should you so wish.

                              **VILLAGE OF FOREST PARK and**
                              **ANTHONY CALDERONE**

                    By:   s/Elisha S. Rosenblum
                          Elisha S. Rosenblum      #6225957
                          O'Halloran Kosoff Geitner & Cook, LLC
                          650 Dundee Road, Suite 475
                          Northbrook, IL 60062
                          Telephone:   (847) 291-0200
                          Facsimile:   (847) 291-9230
                          E-mail:   esrosenblum@okgc.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 08-cv-1147 |
| | ) | |
| VILLAGE OF FOREST PARK and ANTHINY CALDERONE, | ) ) | Honorable Judge Elaine Bucklo |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2008, I electronically filed this ***Notice of Motion*** with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system, which will send notification of such filing to the following:

    Stan C. Sneeringer
    Pedersen & Houpt
    161 N. Clark, Suite 3100
    Chicago, Illinois 60601
    ssneeringer@pedersenhoupt.com

                                              **VILLAGE OF FOREST PARK and
                                              ANTHONY CALDERONE**

                      By:    s/Elisha S. Rosenblum
                              Elisha S. Rosenblum   #6225957
                              O'Halloran Kosoff Geitner & Cook, LLC
                              650 Dundee Road, Suite 475
                              Northbrook, IL 60062
                              Telephone:    (847) 291-0200
                              Facsimile:    (847) 291-9230
                              E-mail:  esrosenblum@okgc.com