**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-1147 |
| v. | ) ) | Honorable Judge E. Bucklo |
| THE VILLAGE OF FOREST PARK, an Illinois municipality. | ) ) ) | |

**NOTICE OF FILING**

**TO:**   See Service List

    PLEASE TAKE NOTICE that on **May 21, 2008,** we will cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **REPORT OF PARTIES' PLANNING MEETING**.

                                                  PEDERSEN & HOUPT, P.C.

                                         BY:   /s/ Stan Sneeringer
                                                         Attorneys for Plaintiff

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street, Suite 3100
Chicago, IL   60601
(312) 641-6880

480270.1