# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

7865 Industrial Drive, LLC

                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−01147
　　　　　　　　　　　　　　　　　　　Honorable Elaine E. Bucklo

Village of Forest Park, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

    MINUTE entry before the Honorable Elaine E. Bucklo:Scheduling conference held on 5/22/2008. The order entered on 5/21/08 is accepted. Discovery is ordered closed on 12/23/07. Dispositive motions shall be filed by 2/6/09.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.