**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE VILLAGE OF FOREST PARK, an Illinois municipality. )<br>) | Case No. 08-1147<br><br>Hon. Judge Elaine E. Bucklo |

**NOTICE OF MOTION**

**TO:**   See Service List

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Elaine E. Bucklo, or any judge sitting in her stead, in Courtroom 1441 of the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and shall present **PLAINTIFF'S UNCONTESTED MOTION FOR LEAVE TO FILE ITS SECOND AMENDED COMPLAINT**, a copy of which is hereby served upon you.

Respectfully submitted,

7865 INDUSTRIAL DRIVE, LLC


BY:   s/ Stan Sneeringer
        One of its Attorneys

Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street, Suite 3100
Chicago, IL  60601
(312) 641-6880

482136.1