# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, ) ) ) Plaintiff, ) ) v. ) ) THE VILLAGE OF FOREST PARK, an Illinois ) municipality, and ANTHONY CALDERONE, an ) Illinois citizen, in his official capacity as Mayor ) of the Village of Forest Park. ) | Case No. 08-1147<br><br>Honorable Judge E. Bucklo |

## NOTICE OF CONSTITUTIONAL QUESTION

Plaintiff, 7865 INDUSTRIAL DRIVE, LLC, pursuant to Federal Rule of Civil Procedure 5.1(a), gives notice as follows:

1.   On June 27, 2008, Plaintiff filed its Second Amended Complaint in the above-captioned action.

2.   This Second Amended Complaint draws into question the constitutionality of Section 11-5-1.5 of the Illinois Municipal Code, 65 ILCS 5/11-5-1.5.

3.   Specifically, the Second Amended Complaint questions whether the Municipal Code's location restriction on adult use businesses violates Plaintiff's rights under the First and Fourteenth Amendments of the United States Constitution.

482573.1

        Respectfully submitted,

        7865 INDUSTRIAL DRIVE, LLC

        By: _____s/Stan Sneeringer_____
                       One of its Attorneys

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242
(312) 641-6888

482573.1         2

## CERTIFICATE OF SERVICE

I, Stan C. Sneeringer, an attorney, state that I caused a copy of the foregoing **NOTICE OF CONSTITUTIONAL QUESTION** to be served upon the following counsel of record:

### SERVICE LIST

| | |
|---|---|
| Elisha S. Rosenblum<br>O'Halloran Kosoff Geitner & Cook, LLC<br>650 Dundee Road, Suite 475<br>Northbrook, IL 60062 | Lisa Madigan<br>Illinois Attorney General's Office<br>100 West Randolph St., 12th floor<br>Chicago, IL 60601 |
| *Via electronic filing on June 27, 2008.* | *Via Certified Mail, Return Receipt Requested on June 27, 2008* |

                                                      s/Stan Sneeringer