**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| 7865 INDUSTRIAL DRIVE, LLC, an Illinois limited liability company, | ) ) ) | |
| Plaintiff, | ) | Case No. 08-1147 |
| v. | ) ) | Honorable Judge E. Bucklo |
| THE VILLAGE OF FOREST PARK, an Illinois municipality. | ) ) ) | |

**NOTICE OF FILING**

**TO:**   See Service List

     PLEASE TAKE NOTICE that on **June 27, 2008,** we will cause to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 Dearborn Street, Chicago, Illinois, **NOTICE OF CONSTITUTIONAL QUESTION**, a copy of which is attached hereto.

                 Respectfully submitted,
                 7865 INDUSTRIAL DRIVE, LLC

                 By:_____s/Stan Sneeringer_____
                       One of its Attorneys

Lawrence W. Byrne
Stan C. Sneeringer
PEDERSEN & HOUPT
161 North Clark Street
Suite 3100
Chicago, Illinois 60601-3242
(312) 641-6888